UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY LEE CALLANDRET,<br><br>                    Petitioner,<br><br>   v.<br><br>PATRICK GLEBE,<br><br>                    Respondent. | Case No. C11-2070-TSZ<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's petition for writ of habeas corpus (Dkt. No. 8) and this action are dismissed, with prejudice, pursuant to 28 U.S.C. § 2244(d).

(3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS - 1

(4)     The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 12th day of July, 2012.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS - 2